IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | | |
|---|---|---|
| Melissa Adams, | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING DEFENDANT'S |
| | ) | MOTION FOR EXTENSION |
| v. | ) | TO RESPOND TO COMPLAINT |
| | ) | |
| Aetna Life Insurance Company, | ) | C.A. No.: 1:16-cv-2389-JMC |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to December 15, 2016. The parties have advised that mediation has been delayed due to scheduling conflicts and that the parties are engaged in settlement discussions. In addition, the parties have asked for the deadline to file the joint stipulation and the parties' respective memoranda be extended 30 days to January 20, 2017, and reply memoranda to January 27, 2017. For good cause shown, the Court does believe that an extension of time within which to mediate and to file a joint stipulation and the parties' respective memoranda pursuant to the Court's Specialized Case Management Order is warranted. Therefore, the Court hereby extends the deadline by which the parties must mediate to December 15, 2016 and to file a joint stipulation and the parties' respective memoranda in this matter to January 20, 2017 and January 27, 2016 (for reply memoranda).

IT IS SO ORDERED.

Date: November 18, 2016

s/J. Michelle Childs
J. Michelle Childs
United States District Judge